UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ZIVE, an individual, and JUSTIN ZIVE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | CASE NO.   3:24-cv-424-ART-CLB<br><br>**ORDER TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE AND PLAINTIFFS' REPLY TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 38]**<br><br>**(FIRST REQUEST)** |

Plaintiffs ANGELA ZIVE and JUSTIN ZIVE, by and through their attorneys of record of the law firm LEVERTY & ASSOCIATES LAW, CHTD., and Defendant GEICO ADVANTAGE INSURANCE COMPANY, by and through its attorneys of record of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, hereby file this Stipulation so that the deadline for Defendant to file its Response to Plaintiffs' Motion for Partial Summary Judgment (ECF No. 38) shall be extended from Monday, July 28, 2025 to Monday, August 4, 2025 and that the deadline for Plaintiffs to file their Reply to the Response to Plaintiffs' Motion for Partial Summary Judgment shall be extended to Mondy, August 18, 2025. Plaintiffs' Motion for Partial Summary Judgment was filed on July 7, 2025 (ECF No. 38).

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. Their requested extension of time is not made in bad faith or to unnecessarily delay these

STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE AND PLAINTIFFS' REPLY TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 38] (FIRST REQUEST)
CASE NO. 3:24-CV-424-ART-CLB

proceedings.

**IT IS SO ORDERED**

DATED this 23rd day of July, 2025

_____
UNITED STATES DISTRICT JUDGE

11860107.1

2