Patrick R. Leverty, Esq.
Nevada Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow St.
Reno, NV 89502
Ph. (775) 322-6636
pat@levertylaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA ZIVE, an individual, and JUSTIN ZIVE, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>          Defendants. | CASE NO: 3:24-cv-00424-ART-CLB<br><br>**ORDER GRANTING<br>NOTICE OF DISASSOCIATION<br>OF COUNSEL WILLIAM GINN** |

PLEASE TAKE NOTICE that William R. Ginn, Esq. is no longer employed with Leverty & Associates Law Chtd. William R. Ginn, Esq. is no longer associated in the above-entitled matter and is hereby disassociated. Please remove Mr. Ginn from the service list, pursuant to this notice.

Dated: August 27, 2025

                                                LEVERTY & ASSOCIATES LAW CHTD.

                                                 */s/ Patrick R. Leverty*
                                                Patrick R. Leverty, Esq.
                                                832 Willow Street
                                                Reno, NV 89502
                                                *Attorney for Plaintiffs*

**IT IS SO ORDERED.**

**DATED:** August 29, 2025

_____
UNITED STATES MAGISTRATE JUDGE

- 1 -