UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ZIVE, an individual, and JUSTIN ZIVE, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>            Defendants. | Case No. 3:24-cv-00424-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION  REGARDING DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiffs ANGELA ZIVE and JUSTIN ZIVE, by and through their counsel of record, that the above-entitled matter be dismissed with prejudice against Defendant GEICO ADVANTAGE INSURANCE COMPANY, the parties to bear their own costs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 3:24-cv-00424-ART-CLB

and attorneys' fees.

IT IS SO STIPULATED.

Dated:  May 20, 2026

Dated:  May 20, 2026

LEVERTY & ASSOCIATES LAW CHTD.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:_____/s/ Patrick R. Leverty_____
Patrick R. Leverty, Esq.
Nevada Bar No. 8840
608 Lander Street
Reno, NV 89509
*Attorneys for Plaintiffs*
*Angela Zive and Justin Zive*

By:_____/s/ Jonathan W. Carlson_____
Jonathan W. Carlson
Nevada Bar No. 10536
Mandy Vogel, Esq.
Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorneys for Defendant*
*GEICO Advantage Insurance Company*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice.

_____
Anne R. Traum
United States District Judge

Dated: <u>May 26, 2026</u>

Submitted By:

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By_____/s/ Jonathan W. Carlson_____
Jonathan W. Carlson, Nevada Bar No. 10536
Mandy Vogel, Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorneys for Defendant GEICO Advantage*
*Insurance Company*

16161429.1